UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:15-077 |
| | ) | |
| MELVIN HOWARD | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Keith B. Johnson,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Keith B. Johnson** be granted leave of absence for the following period: **October 26, 2015 through October 30, 2015; November 2, 2015 through November 10, 2015; November 23, 2015 through November 30, 2015; December 21, 2015 through December 31, 2015; and January 1, 2016 through January 8, 2016.**

This 9th day of September, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia