UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 1:15-077 |
| | ) | |
| MELVIN HOWARD | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Keith B. Johnson,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Keith B. Johnson be granted leave of absence for the following periods: **April 4, 2016 through April 8, 2016; May 2, 2016 through May 6, 2016, August 8, 2016 through August 12, 2016; November 21, 2016 through November 28, 2016; December 19, 2016 through December 30, 2016; and January 1, 2017 through January 6, 2017.**

This 1ST day of February, 2016.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia